UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIET KAGNO,
*on behalf of herself and*
*others similarly situated*,

    Plaintiff,

v.                        CASE NO: 8:17-cv-1468-T-26AEP

BUSH ROSS, P.A.,

    Defendant.
                                           /

**O R D E R**

**UPON DUE CONSIDERATION** of the pleadings on file, as well as Defendant's submissions, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Strike Certain Allegations from Plaintiff's Amended Complaint (Dkt. 11) filed pursuant to Rule 12(f) of the Federal Rules of Civil Procedure is **denied**.[1]  In the Court's view, Defendant has failed to establish that the allegations sought to be stricken have no possible relationship to the controversy, may confuse the issues, or otherwise cause prejudice to Plaintiff.  See United States v. MLU Serv., Inc., 544 F.Supp. 2d 1326, 1330 (M.D. Fla. 2008) (observing that a motion to strike under Rule 12(f) of the Federal Rules of Civil Procedure should only be granted if the matter sought to be omitted has no possible

---

[1] In light of this disposition of the motion, the Court needs no response from Plaintiff.

relationship to the controversy, may confuse the issues, or otherwise prejudice a party) (quoting Reyher v. Trans World Airlines, Inc., 881 F.Supp. 574, 576 (M.D. Fla 1995)). As the Court in MLU Services further explained, "[b]ecause this standard is rarely met, '[m]otions to strike are generally disfavored by the Court and are often considered time wasters.'" 544 F.Supp. 2d at 1330 (quoting Somerset Pharm., Inc. v. Kimball, 168 F.R.D. 69, 71 (M.D. Fla. 1996)).

**DONE AND ORDERED** at Tampa, Florida, on August 24, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record