**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JULIET KAGNO, on behalf of herself
and others similarly situated,

        CASE NO.:  8:17-cv-1468-T-26-AEP

    Plaintiffs,

vs.

BUSH ROSS, P.A.,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Bush Ross, P.A., hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publically-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Plaintiff Juliet Kagno

- If a class is certificated, the proposed class of plaintiffs as defined by Plaintiff Kagno in the Amended Complaint (Doc. 9 at ¶ 46)

- Bush Ross, P.A.;

- Hill Ward Henderson, P.A.;

- Brett Preston, Esq., Trial Counsel for Defendant;

- Carolina Blanco, Esq., Trial Counsel for Defendant;

- AXIS Insurance, professional liability insurer for Defendant;

- Michael Greenwald, Esq., Trial Counsel for Plaintiff and the proposed class;

- Jesse Johnson, Esq., Trial Counsel for Plaintiff and the proposed class; and

- Greenwald Davidson Radbil PLLC, Trial Counsel for Plaintiff and the proposed class.

2. The name of every other entity whose publically-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongfully, including every person who may be entitled to restitution:

- Plaintiff Juliet Kagno claims to be a victim of civil misconduct; Bush Ross denies that she is.

- If a class is certified, the proposed class of plaintiffs as defined by Plaintiff Kagno in the Amended Complaint (Doc. 9 at ¶ 46) would claim to be victims of civil misconduct; Bush Ross denies that they are.

3

Bush Ross hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

/s/ Brett J. Preston
Brett J. Preston (FBN: 603716)
brett.preston@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on August 29, 2017, a true and correct copy of the forgoing was filed with the Clerk of the Court using the electronic filing system, which will send notice of electronic filing and service to all counsel of record.

/s/ Brett J. Preston
Brett J. Preston

10283220v2