UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIET KAGNO,
*on behalf of herself and
others similarly situated*,

       Plaintiff,

v.                                                          CASE NO: 8:17-cv-1468-T-26AEP

BUSH ROSS, P.A.,

       Defendant.
_____/

**O R D E R**

After due and careful consideration of the procedural history of this case, together with a review of the parties' submissions and its own independent analysis of the relevant case law, the Court concludes that Plaintiff's Motion for Protective Order or, Alternatively, to Quash Subpoenas Issued to Plaintiff's Former Employers (Dkt. 22) is granted. The subpoenas issued to Plaintiff's former employers attached to the motion as Exhibits A and B are quashed.

The Court agrees with Plaintiff's basic argument, supported by ample case law, that the relevant time period for assessing whether the debt at issue is a consumer debt within the meaning of 15 U.S.C. § 1692a(5) is when the that debt was incurred. See Miller v. McCalla, Raymer, Padrick, Cobb, Nichols, and Clark, L.L.C., 214 F. 3d 872, 874-75 (7th Cir. 2000) (accepting plaintiff's argument "that the relevant time for

determining the nature of the debt [pursuant to § 1692a(5)] is when the debt first arises."); see also <u>Rumbough v. Midfirst Bank</u>, 2009 WL 10671280, at *8 (M.D. Fla. 2009) (citing <u>Miller</u> for the proposition that under § 1692a(5) "[t]he purpose of the debt is determined at its initiation, not when it is in default."); <u>Wong v. Phelan Hallinan & Diamond, PC</u>, 2015 WL 3938605, at *4 (D. N.J. 2015) (relying on cases from the 3rd and 6th Circuits in determining that "the nature of the debt [under § 1692a(5)] is when the debt first arises, not when collection activities begin."). Consequently, any discovery relating to the nature of Plaintiff's debt and whether it qualifies as a consumer debt as defined in § 1692a(5) must necessarily focus on when she incurred that debt not when she allegedly defaulted on that debt, thus necessitating the initiation of collection activity by Defendant.

The hearing scheduled for tomorrow on the motion is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2017.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record